**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JUAN LOVELADY,

                Plaintiff,

-against-                      24 **CIVIL** 9646 (KMW)

                                                                     **<u>JUDGMENT</u>**

OTIS BANTUM CORRECTIONAL FACILITY
RIKERS ISLAND; WARDEN D. MEBANE;
CITY OF NEW YORK; MAYOR ERIC ADAMS;
COMMISSIONER LOUIS MOLINA,

                Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 29, 2025, Plaintiff's amended complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
       September 25, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                      **BY:**       *K. Mango*

                                                        **Deputy Clerk**